IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICHOLE MARIE SCHMIDT,<br>also known as "Nichole Marie Gorsline"<br>and as "Nicole Marie Gorsline,"<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 25-CR-1021<br><br>**INFORMATION**<br><br>**Count 1**<br>21 U.S.C. § 846:<br>Conspiracy to Distribute a<br>Controlled Substance |

The Grand Jury charges:

## Count 1

### Conspiracy to Distribute a Controlled Substance

Between in or about March 2024, and continuing to on or about September 9, 2024, in the Northern District of Iowa and elsewhere, defendant NICHOLE MARIE SCHMIDT, also known as "Nichole Marie Gorsline" and as "Nicole Marie Gorsline," did knowingly and intentionally combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury, to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance and 50 grams of actual (pure) methamphetamine, commonly called "ice" methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

1

Before defendant NICHOLE MARIE SCHMIDT, also known as "Nichole Marie Gorsline" and as "Nicole Marie Gorsline," committed the offense charged in this Count, she was convicted of the following:

(1)  On or about June 23, 2005, defendant was convicted in the United States District Court for the Southern District of Iowa, Case No. 04-CR-525, of conspiracy to manufacture methamphetamine, a felony drug offense, and a serious drug felony, for which she served more than 12 months of imprisonment and for which she was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

This was in violation of Title 21, United States Code, Sections 846 and 851.

TIMOTHY T. DUAX
United States Attorney

By: */s/ Jared Manternach*

JARED MANTERNACH
Special Assistant United States Attorney