IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 25-CR-1021-CJW |
| | ) | |
| vs. | ) | |
| | ) | |
| NICHOLE MARIE SCHMIDT, | ) | |
| also known as "Nichole Marie Gorsline" | ) | |
| and as "Nicole Marie Gorsline," | ) | |
| | ) | |
| Defendant. | ) | |

## INFORMATION
### Notice of Intent to Seek Enhanced Penalties
### Pursuant to Title 21, United States Code, Section 851

### *Introduction*

Pursuant to 21 U.S.C. § 851, the United States Attorney hereby informs

the Court and defendant, NICHOLE MARIE SCHMIDT, also known as "Nichole

Marie Gorsline" and as "Nicole Marie Gorsline," of its intention to seek enhanced

penalties against defendant in the event defendant is convicted of Count 1 of

the Information, filed on May 14, 2025. (R. Doc. 2). Count 1 charges defendant

with Conspiracy to Distribute a Controlled Substance, in violation of 21 U.S.C.

§§ 841(a)(1), 841(b)(1)(A), 846, and 851.

### *Prior Convictions*

Before defendant NICHOLE MARIE SCHMIDT, also known as "Nichole

Marie Gorsline" and as "Nicole Marie Gorsline," committed the offense charged

in this Count, she was convicted of the following:

1

On or about June 23, 2005, defendant was convicted in the United States District Court for the Southern District of Iowa, Case No. 04-CR-525, of conspiracy to manufacture methamphetamine, a felony drug offense, and a serious drug felony, for which she served more than 12 months of imprisonment and for which she was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

The United States intends to enhance the defendant's sentence based upon the above prior conviction.

### *Enhanced Penalties*

Accordingly, pursuant to 21 U.S.C. §§ 841(b)(1)(A) and 851, Count 1 of the Information is punishable by a mandatory minimum sentence of 15 years' imprisonment and the following maximum penalties: (1) not more than life imprisonment without the possibility of parole; (2) a fine of not more than $20,000,000; (3) each punishable by a mandatory special assessment of $100; and (4) a term of supervised release of at least 10 years and up to a lifetime.

Respectfully submitted,

TIMOTHY T. DUAX
United States Attorney

By, */s/ Jared Manternach*

JARED MANTERNACH
Special Assistant United States Attorney
111 7th Avenue SE, Box 1
Cedar Rapids, Iowa 52401-2101
(319) 363-6333, (319) 363-1990 (Fax)
Jared.Manternach@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2025, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the parties or attorneys of record.

UNITED STATES ATTORNEY

BY: */s/ RAL*

2