UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 25-CR-01021 |
| | ) | |
| vs. | ) | **UNRESISTED MOTION TO CONTINUE** |
| | ) | **SENTENCING HEARING AND MOTION** |
| | ) | **TO EXTEND DEADLINES** |
| NICHOLE MARIE SCHMIDT, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW Defendant Nichole Marie Schmidt, by and through her attorneys Andrea D. Jaeger of Keegan, Tindal & Jaeger, and respectfully requests the Court continue sentencing hearing in this matter and extend the Parties' deadline to file sentencing memoranda.  In support, Defendant states as follows:

1.      On June 3, 2025, Defendant made her initial appearance, was arraigned, and plead to an Information (alleging Conspiracy to Distribute a Controlled Substance).  CM/ECF No. 10; *see also* CM/ECF No. 2.

2.      Defendant remains in custody pending sentencing.  CM/ECF No. 10.

3.      Sentencing in this matter is scheduled for January 12, 2026 at 3:00 p.m.  CM/ECF No. 26.

4.      Counsel is not available for sentencing hearing as scheduled as Counsel will be engaged in jury trial in *USA v. Hines*, 25-cr-35, pending in the Southern District of Iowa.

5.      The Government does not object.

6.      No party will be prejudiced by the requested continuance.

7. Defendant respectfully requests only a brief continuance to accommodate Counsel's trial schedule, and respectfully suggests approximately a one-week continuance, with a date the Parties can coordinate with the Court.

WHEREFORE Defendant respectfully requests his Unresisted Motion to Continue Sentencing Hearing be **GRANTED** and the sentencing hearing be continued to such other later date as the Court deems appropriate and an extension of pre-sentencing submissions accordingly.

Respectfully submitted,

*/s/ Andrea D. Jaeger*
Andrea D. Jaeger
Keegan, Tindal & Jaeger
2322 E. Kimberly Rd., Ste. 140S
Davenport, IA 52807
Telephone: (319) 887-6900/563-355-6060
Facsimile: (319) 688-2754/563-355-6666
Email: andrea@keeganlegal.com

**ATTORNEYS FOR DEFENDANT**

**Certificate of Service**

The undersigned certifies that the foregoing instrument was electronically filed on January 5, 2026, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties to the above cause and to each of the attorneys of record herein at their respective addresses disclosed on the pleadings.

*/s/ Andrea D. Jaeger*