**David Konstam**

<span style="background-color:black">████████████</span>

**Date:** September 12, 2025

**To:**

The Honorable C.J. Williams
Chief United States District Court Judge
111 Seventh Avenue SE
Cedar Rapids, Iowa 52401

**Re: Support for Nicole Schmidt (Case No 2:25-cr-1021)**

Dear Judge Williams:

I am writing this letter in support of Nicole Schmidt, whom I have had the privilege of knowing for approximately two years. In that time, Nicole has proven to be a deeply caring and dependable friend—someone who consistently shows up for others, even in the face of personal hardship.

Nicole has been a source of unwavering support in my life. Whether I was navigating personal challenges or simply needed someone to talk to, she was always available with compassion, insight, and a calming presence. Her ability to empathize and offer genuine encouragement speaks volumes about her character.

While I understand the seriousness of Nicole's current situation, I also believe in her capacity for growth and redemption. From our conversations, I know she is committed to learning from her experiences and is determined to move forward in a positive direction. I have every confidence that, given the opportunity, Nicole will reintegrate into society with purpose and integrity.

Nicole is not defined by her mistakes—she is defined by her resilience, her kindness, and her potential to contribute meaningfully to the lives of others. I respectfully ask that you consider these qualities as you evaluate her path forward.

Thank you for your time and consideration.

Sincerely,

*David G Konstam*

**David G Konstam**