**Regarding: Nichole Schmidt. Case 2:25-cr-1021**

Julie Breutzmann ████████████████

Ashley Smiley ████████████████

20 December, 2025

Honorable C.J. Williams
Chief United States District Court
111 Seventh Avenue SE
Cedar Rapids, IA 52401

We, Ashley Smiley and Julie Breutzmann, have been doing ministry at the Bremer County Jail since 2016. We meet with the women who wish to join us for an hour almost every Sunday. We are not clergy but laity. Julie is a retired IT professional and Ashley is a licensed mental health counselor.

We enjoyed meeting with Nichole during her time at the Bremer County Jail eight times between June 15 and September 14, 2025. When she wasn't able to attend in person, she sent prayer requests to us through the other women.

One observation we made of Nichole during that time was her ability to change and grow. A woman in the jail started a Narcotics Anonymous (NA) group for anyone who wanted to attend. Initially, Nichole was not receptive to the idea, but after observing for a while, she took the risk to join and benefited from her time in the group. This was similar to her engagement with our Sunday afternoon group. Once she had time to observe the group from a distance, she determined it would be beneficial to attend and was able to participate fully. We can respect her cautious approach to joining these more vulnerable group activities, and saw it as a meaningful and courageous step when she took the risk to join us.

Another observation of Nichole's ability to work on positive changes was evident in her interactions with other women in the pod. When she was made aware of how some of her interactions with women were being misunderstood as hurtful, Nichole received that feedback and took responsibility. She went a step further by reflecting on her upbringing and realizing how the type of humor that was normal to her was not received in the same way by others. She apologized and attempted to change her behavior. It is hard to do so, I know from my own personal experience of life-long habits that were normal in my family.

We enjoyed having Nichole participate in our Sunday group and are happy to learn of her continued participation in Bible study after her transfer from Bremer County. She also let us know she has been trying to get approval for an NA group in her current location. We believe Nichole can continue to build upon this pattern of growth and healing for herself with appropriate support and resources.

Sincerely,

*Julie Breutzmann* (signature)
*Ashley Smiley* (signature)

Julie Breutzmann
Ashley Smiley

EXHIBIT B