December 23, 2025

Honorable C.J. Williams
Chief United States District Court Judge
111 Seventh Ave SE
Cedar Rapids, IA 52401

RE: Nichole Schmidt
    Case #: 2:25-cr-1021

Dear Judge Williams,

    I would like to start this letter by appoligizing for the time you have to spend on this case. I feel partially responsible for Nicholes problems. We adopted Nichole when she was only 48 hrs. old as we were told we would have a very slim chance of having any children. When she was a baby we found that she could not digest regular formula and had to be put on a special formula. This was also when we found out that she wasn't a clean baby as we were told but the product of drug + alcohol teenage parents.

EXHIBIT C

When she was 6 mos. old I found out that I was pregnant with twins that were born when she was 15 mos. old. I didn't know until much later, that she was very jealous of them because "they were always together and each others best friend." She would always take the blame for what they had done so that they would not hurt.

This has carried on throughout her adult life with people she befriends. She has the biggest heart for people but will never stand up for herself.

This time has been different. █████████████████████████████████████████████████████████████████ She has been attending church + bible studies. I have noticed a real difference in her attitude and the way she talks. She has learned to stop and think about the reward or consequences of what she is saying, or about to do, and how it will affect others,

EXHIBIT C

When ever anyone she knows needs help she shows up. I have seen her drive all night to help someone. She moved her sister, child, dog & boyfriend into her apartment when they needed help. She got the boy friend a job at a place where he could earn enough money to get them started.

Those are the kind of help she has always given to anyone who needed it.

Thank you again for your time and attention.

Sincerely
Kathleen Cardinal

EXHIBIT C